# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In Re: § <br> § <br> BEESLEY CONSTRUCTION COMPANY, § <br> LLC § <br> § <br> Debtor § | § <br> § <br> Case No. 6:16-bk-04529-CCJ <br> § <br> § <br> § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Carla Musselman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 21,000.00                     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  34,122.30    Claims Discharged
                                                Without Payment:  NA

Total Expenses of Administration:  20,877.70

---

3) Total gross receipts of $ 55,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 55,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 111,512.30 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,877.70 | 20,877.70 | 20,877.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 200.00 | 200.00 | 200.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 430,000.31 | 297,403.99 | 33,922.30 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 562,590.31 | $ 318,481.69 | $ 55,000.00 |

4) This case was originally filed under chapter 7 on 07/08/2016 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2019    By:/s/Carla Musselman, Trustee
        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Ford F-150 | 1129-000 | 1,000.00 |
| 2006 Ford 550 | 1129-000 | 7,000.00 |
| 1985 Ford F-800 Water Truck | 1129-000 | 7,000.00 |
| 1967 Jeep Water Truck | 1129-000 | 4,000.00 |
| 2003 Home made trailer | 1129-000 | 1,000.00 |
| SOFA # 3 - Payments to insiders - Ms. Parker | 1141-000 | 15,000.00 |
| SOFA # 3 - Payments to Insider - Ms. Cottom | 1141-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 55,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | LAKE COUNTY TAX COLLECTOR | 4210-000 | NA | 5,171.05 | 0.00 | 0.00 |
| 07 | SUNTRUST BANK | 4210-000 | NA | 35,311.75 | 0.00 | 0.00 |
| 06 | WEAVER AGGREGATE TRANSPORT, INC. | 4210-000 | NA | 71,029.50 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 111,512.30 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:CARLA MUSSELMAN | 2100-000 | NA | 6,000.00 | 6,000.00 | 6,000.00 |
| TRUSTEE EXPENSES:CARLA MUSSELMAN | 2200-000 | NA | 221.66 | 221.66 | 221.66 |
| UNION BANK | 2600-000 | NA | 585.06 | 585.06 | 585.06 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):WINDERWEEDLE HAINES WARD & WOODMAN | 3210-000 | NA | 14,000.00 | 14,000.00 | 14,000.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):WINDERWEEDLE HAINES WARD & WOODMAN | 3220-000 | NA | 70.98 | 70.98 | 70.98 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,877.70 | $ 20,877.70 | $ 20,877.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 04A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 200.00 | 200.00 | 200.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 200.00 | $ 200.00 | $ 200.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | CAPITOL INDEMNITY CORPORATION | 7100-000 | NA | 53,770.51 | 53,770.51 | 6,133.14 |
| 03 | CROFT CONTRACTING, INC. | 7100-000 | NA | 62,705.55 | 62,705.55 | 7,152.28 |
| 04B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 100.00 | 0.00 | 0.00 |
| 05 | JOHN DEERE CONST & FORESTRY COMPANY | 7100-000 | NA | 132,496.32 | 0.00 | 0.00 |
| 08 | SUNCOAST PAVING, INC. | 7100-000 | NA | 180,927.93 | 180,927.93 | 20,636.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 430,000.31 | $ 297,403.99 | $ 33,922.30 |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 16-04529 | CCJ | Judge: Cynthia C. Jackson | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|---|
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | | | Date Filed (f) or Converted (c): | 07/08/16 (f) |
| | | | | 341(a) Meeting Date: | 08/10/16 |
| For Period Ending: | 03/08/19 | | | Claims Bar Date: | 11/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SunTrust Checking xxxx0715 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2003 Ford F-150 | 1,500.00 | 1,000.00 | | 1,000.00 | FA |
| 4. 2006 Ford 550 | 7,500.00 | 7,000.00 | | 7,000.00 | FA |
| 5. 1985 Ford F-800 Water Truck | 12,500.00 | 7,000.00 | | 7,000.00 | FA |
| 6. 1967 Jeep Water Truck | 5,000.00 | 4,000.00 | | 4,000.00 | FA |
| 7. 2003 Home made trailer | 1,500.00 | 1,000.00 | | 1,000.00 | FA |
| 8. SOFA # 3 - Payments to insiders - Ms. Parker | 96,993.62 | 96,993.62 | | 15,000.00 | FA |
| 9. SOFA # 3 - Payments to Insider - Ms. Cottom | 29,000.00 | 51,287.36 | | 20,000.00 | FA |
| 10. SOFA # 4 - Lawsuit - Suncoast Paving, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 11. SOFA # 4 - Lawsuit - Platt River Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 12. SOFA # 4 - Lawsuit - Croft Contracting, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 13. SOFA # 4 - Lawsuit - Webb Citrus Packing and Candy | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 16-04529 | CCJ | Judge: Cynthia C. Jackson |
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC |

| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 07/08/16 (f) |
| 341(a) Meeting Date: | 08/10/16 |
| Claims Bar Date: | 11/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. FINANCIAL ACCOUNTS (u) | Unknown | 1,000.00 | | 0.00 | FA |
| 15. John Deere Equipment | Unknown | 20,000.00 | | 0.00 | FA |
| 16. Sun Trust Liened Equipment 85 F 800 | Unknown | 0.00 | | 0.00 | FA |
| 17. SOFA # 3 - Payments to Creditor - Suntrust | 21,000.00 | 10,500.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)       $174,993.62       $199,780.98       $55,000.00       **Gross Value of Remaining Assets** $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01/11/17: 341 meeting held and concluded

01/12/17: Notice of Intent to Sell filed ref: assets #3, #4, #5, #6, & #7 for a total of $20,000 over a 7 month installment period.

04/17: Tax extension filed for 2016.

05/17: Application and Order Approving Application to Employ Bradley M. Saxton and Winderweedle, Haines, Ward & Woodman, P.A., as Special Counsel

03/18: Tax extension filed for 2017.

05/18: Trustee working with prior CPA to file final tax returns. Debtors CPA provided trustee with a 2016 Partnership Tax Return.

07/2018: Final 2017 income tax return provided by Debtors CPA.

LFORM1    Ver: 22.00
UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-04529   CCJ   Judge: Cynthia C. Jackson | Trustee Name:   Carla Musselman, Trustee |
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | Date Filed (f) or Converted (c):   07/08/16 (f) |
| | | 341(a) Meeting Date:   08/10/16 |
| | | Claims Bar Date:   11/08/16 |

RE PROP# 1---Account was garnished by the creditor and they closed this account and began depositing checks elsewhere.

Garnishment was for $180k.

RE PROP# 3---VIN: 1FTRW07T23KA157B.  Mileage: 259,000 estimated

09/16: Per insurance documentation, this vehicle is a 2006 but per title 2003.

01/17: Report and Notice of intent to sell.

04/21/17: Report of Sale filed and original title mailed to buyers

RE PROP# 4---VIN: 1FDAW56P76EB36038. Mileage: 140,000 estimated

01/17: Report and Notice of intent to sell.

04/21/17: Report of Sale filed and original title mailed to buyers

RE PROP# 5---VIN: 1FDXK84NXFVA0268Z

01/17: Report and Notice of intent to sell.

04/21/17: Report of Sale filed and original title mailed to buyers

RE PROP# 6---VIN:  JWT4K79010125332331; Military vehicle converted.

01/17: Report and Notice of intent to sell.

04/21/17: Report of Sale filed and original title mailed to buyers

RE PROP# 7---VIN:  1R9DD27243M356594. weight allowance: 6500 lbs.

01/17: Report and Notice of intent to sell.

04/21/17: Report of Sale filed and original title mailed to buyers

RE PROP# 8---Florence O. Parker, P.O. Box 518, Lady Lake, FL 32159, Grandmother of Member, Debra Beesley

Demand letters sent to Ms Parker from attorney office. Response received and counter offer proposed.

09/17: Trustee value based on demand letter.

12/17: Motion for settlement and compromise. Estate receiving $15,000 in lieu of litigation.

01/18: Order approving motion for compromise.

RE PROP# 9---Georgia Cottom, 41300 Edna C. Blvd, Weirsdale, FL 32195

Mother-in-law of Christopher Beesley; Mother of Debra Beesley

Demand letters sent to Ms Cottom from attorney office. Response received and counter offer proposed.

09/17: Trustee value based on demand letter.

12/17: Motion for settlement and compromise. Estate receiving $20,000 in lieu of litigation.

01/18: Order approving motion for compromise.

RE PROP# 10---Breach of Contract. Concluded

RE PROP# 11---Platt River Insurance Company vs. Debtor. Performance Bond. Pending. 2014-CA-758

RE PROP# 12---Croft Contracting, Inc. v. Beesley Construction Company, LLC. 2014-CA-758

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-04529   CCJ   Judge: Cynthia C. Jackson | Trustee Name:   Carla Musselman, Trustee |
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | Date Filed (f) or Converted (c):   07/08/16 (f) |
| | | 341(a) Meeting Date:   08/10/16 |
| | | Claims Bar Date:   11/08/16 |

RE PROP# 13---Webb Citrus Packing and Candy Factory v. Beesley Construction Company, LLC

  2014-CA-4292

RE PROP# 14---Debtor opened a new bank account when the account the Suntrust account was garnished.

  09/17: Trustee value estimated at minimal value.

RE PROP# 15---Property securing loan is owned by HD Equipment Services, LLC. Listed on schedule D with no corresponding

  asset because the equipment is owned by another company that Christopher and Debra Beesely are the shareholders.

  According to POC filed by John Deere, equipment is listed as a Z160LC Excavator with 48' bucket S/N 92279-3

  Used Cat 420E Loader Backhoe

  Used Cat 982G Wheel Loader

  According to Note, the following equipment was paid off and traded in:

  2007 Caterpillar 324-D ending in 00642

  2011 Caterpillar 289-C 02065

  2005 Caterpilllar 314 C-LCR 00947


  Per Proof of claim filed by John Deere, value of collateral is $207,500 and outstanding debt is $130,327.74.

  10/16: Trustee negotiating with John Deere on the liquidation method of this equipment.


  10/16: Per review of debtors general ledger, John Deere was paid a lump sum of $34k in May 2016. May be a recoverable

  preference.

  09/17: Estate value based on 50% of preference and carve out for reaffirmation.

RE PROP# 16---Blanket lien and 1985 Ford F 800 Water Truck

  Trustee is not liquidating this collateral.

RE PROP# 17---Unsecured loan repayments April through June 2016 at $7000 per month

  09/17: Trustee value estimated at 50% of payments.

  05/18: Cost to pursue exceeds benefit.


Initial Projected Date of Final Report (TFR): 12/31/17          Current Projected Date of Final Report (TFR): 08/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-04529 -CCJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7660 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4491 | | |
| For Period Ending: | 03/08/19 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/12/16 | | Beesley Construction Services LLC<br>4250 Marion County Rd<br>Weirsdale, FL 32195 | corporate buyback | 1129-000 | 2,500.00 | | 2,500.00 |
| 12/12/16 | 3 | Asset Sales Memo: | 2003 Ford F-150  $1,000.00 | | | | 2,500.00 |
| 12/12/16 | 4 | Asset Sales Memo: | 2006 Ford 550  $500.00 | | | | 2,500.00 |
| 12/12/16 | 7 | Asset Sales Memo: | 2003 Home made trailer  $1,000.00 | | | | 2,500.00 |
| C  01/17/17 | | Beesley Construction Services, LLC<br>4250 Marion County Rd<br>Weirsdale, FL 32195 | Business Buy Back Installment | 1129-000 | 4,000.00 | | 6,500.00 |
| 01/17/17 | 4 | Asset Sales Memo: | 2006 Ford 550  $2,000.00 | | | | 6,500.00 |
| 01/17/17 | 5 | Asset Sales Memo: | 1985 Ford F-800 Water Truck  $2,000.00<br>Purchase of Sole Proprietor interest in Business | | | | 6,500.00 |
| C  01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,485.00 |
| C  01/30/17 | | Beesley Construction Services LLC<br>4250 Marion County Rd<br>Weirsdale, FL 32195 | Business Buy Back Installment | 1129-000 | 4,500.00 | | 10,985.00 |
| 01/30/17 | 4 | Asset Sales Memo: | 2006 Ford 550  $4,500.00<br>Purchase of Sole Proprietor interest in Business | | | | 10,985.00 |
| C  02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,970.00 |
| C  03/06/17 | | Beesley Construction Services LLC<br>4250 Marion County Rd<br>Weirsdale, FL 32195 | Business Buy Back Installment | 1129-000 | 2,000.00 | | 12,970.00 |

Page Subtotals      13,000.00      30.00

Ver: 22.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 16-04529 -CCJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******7660 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4491 | | | |
| For Period Ending: | 03/08/19 | | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/17 | 5 | Asset Sales Memo: | 1985 Ford F-800 Water Truck  $2,000.00  Purchase of Sole Proprietor interest in Business | | | | 12,970.00 |
| C  03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 12,955.00 |
| C  03/31/17 | | Beesley Construction Services | Business Buy Back Installment | 1129-000 | 7,000.00 | | 19,955.00 |
| 03/31/17 | 5 | Asset Sales Memo: | 1985 Ford F-800 Water Truck  $3,000.00 | | | | 19,955.00 |
| 03/31/17 | 6 | Asset Sales Memo: | 1967 Jeep Water Truck  $4,000.00  Purchase of Sole Proprietor interest in Business | | | | 19,955.00 |
| C  04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.70 | 19,936.30 |
| C  05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 28.02 | 19,908.28 |
| C  06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.62 | 19,878.66 |
| C  07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 28.63 | 19,850.03 |
| C  08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.54 | 19,820.49 |
| C  09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.49 | 19,791.00 |
| C  10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 28.50 | 19,762.50 |
| C  11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.40 | 19,733.10 |
| C  12/14/17 | | Florence O Parker Rev Liv Trust  UTD 12 20 2007  Florence O Parker, Trustee | Fraudulent Payment Transfer Recover | 1141-000 | 15,000.00 | | 34,733.10 |

Page Subtotals     22,000.00     236.90

Ver: 22.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 16-04529 -CCJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7660 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4491 | | |
| For Period Ending: | 03/08/19 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/17 | 8 | Po Box 518<br>Lady Lake, FL 32158<br>Asset Sales Memo: | SOFA # 3 - Payments to insiders - Ms. Parker $15,000.00 | | | | 34,733.10 |
| C  12/18/17 | | Georgia P Cottom<br>4250 Marion County Rd<br>Weirsdale, FL 32195 | Preference / Fraudulent Transfer | 1141-000 | 20,000.00 | | 54,733.10 |
| 12/18/17 | 9 | Asset Sales Memo: | SOFA # 3 - Payments to Insider - Ms. Cottom $20,000.00 | | | | 54,733.10 |
| C  12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 28.42 | 54,704.68 |
| C  01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 54.01 | 54,650.67 |
| C  02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 81.29 | 54,569.38 |
| C  03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 73.35 | 54,496.03 |
| C  04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 81.09 | 54,414.94 |
| C  11/16/18 | 003001 | CARLA MUSSELMAN<br>TRUSTEE<br>1619 DRUID ROAD<br>MAITLAND, FL 32751 | Chapter 7 Compensation/Fees | 2100-000 | | 6,000.00 | 48,414.94 |
| C  11/16/18 | 003002 | CARLA MUSSELMAN<br>TRUSTEE<br>1619 DRUID ROAD | Chapter 7 Expenses | 2200-000 | | 221.66 | 48,193.28 |

Page Subtotals           20,000.00           6,539.82

Ver: 22.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 16-04529 -CCJ | Trustee Name: | Carla Musselman, Trustee |
| --- | --- | --- | --- |
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7660 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4491 | | |
| For Period Ending: | 03/08/19 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MAITLAND, FL 32751 | | | | | |
| C  11/16/18 | 003003 | Winderweedle Haines Ward & Woodman, PA<br>Attn: Brad Saxton<br>329 Park Avenue North, 2nd Floor<br>Winter Park, FL 32789 | Claim ATTY FEES, Payment 100.000000%<br>16-04529.Beesley Construction | 3210-000 | | 14,000.00 | 34,193.28 |
| C  11/16/18 | 003004 | Winderweedle Haines Ward & Woodman, PA<br>Attn: Brad Saxton<br>329 Park Avenue North, 2nd Floor<br>Winter Park, FL 32789 | Claim ATTY EXP, Payment 100.000000% | 3220-000 | | 70.98 | 34,122.30 |
| C  11/16/18 | 003005 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Claim 04A, Payment 100.000000%<br>4491<br>Per amended claim 4-3 filed on 10/11/18 | 5800-000 | | 200.00 | 33,922.30 |
| C  11/16/18 | 003006 | Capitol Indemnity Corporation<br>c/o Jomax Recovery Services<br>9242 W Union Hills Drive, Suite 102<br>Peoria, AZ 85382 | Claim 01, Payment 11.406141%<br>4562<br>Jomax Recovery Services | 7100-000 | | 6,133.14 | 27,789.16 |
| C  11/16/18 | 003007 | Croft Contracting, Inc.<br>George Spofford<br>GrayRobinson, P.A.<br>P.O. Box 3324<br>Tampa, FL 33601 | Claim 03, Payment 11.406136% | 7100-000 | | 7,152.28 | 20,636.88 |
| C  11/16/18 | 003008 | Suncoast Paving, Inc.<br>c/o Attorney James S. Myers | Claim 08, Payment 11.406133%<br>Final Judgment | 7100-000 | | 20,636.88 | 0.00 |

Page Subtotals         0.00         48,193.28

Ver: 22.00

LFORM24

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-04529 -CCJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | BEESLEY CONSTRUCTION COMPANY, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | ********7660  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ********4491 | | |
| For Period Ending: | 03/08/19 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | McElroy Deutsch Mulvaney & Carpenter, LLP. Fifth Third Center 201 East Kennedy Blvd. Suite 815 Tampa, FL 33602 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 55,000.00 | 55,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 55,000.00 | 55,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 55,000.00 | 55,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7660 | 55,000.00 | 55,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 55,000.00 | 55,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.00